Supreme Court—Serbe v. McCracken.

FRED W. SERBE AND F. W. SERBE & COMPANY, INCORPO-
RATED, PROSECUTORS, v. THOMAS McCRACKEN, RE-
SPONDENT.

Submitted January 30, 1926—Decided May 15, 1926.

Workmen's Compensation—Application for Writ of Certiorari to
Review Finding of Compensation Bureau and of Common
Pleas Court—No Substance Found in Claim of Lack of Juris-
diction—Proofs do Not Reveal a Fairly Debatable Question
of the Intoxication of the Petitioner—Evidence Supports
Finding That Accident Did Grow Out of the Employment—
Appeal was Properly Dismissed.

On rule to show cause why a writ of *certiorari* should not
issue.

Before Justices TRENCHARD and KATZENBACH.

For the prosecutors, *Frank G. Turner.*

For the respondent, *Meyer M. Semel.*

PER CURIAM.

This is a workman's compensation case, the compensation
bureau having found in favor of 'the petitioner, and an
appeal to the Court of Common Pleas of Essex having been
dismissed and the award of the workmen's compensation
bureau confirmed.

We have now before us a rule to show cause "why a writ
of *certiorari* should not issue to review the proceedings in
the workman's compensation proceeding herein." We see no
reason for granting the writ.

The first point made by the prosecutor is that the work-
men's compensation bureau was without jurisdiction to hear
and determine the cause. After considering carefully what
has been said upon that topic, we think there is no substance
in the point.

The next point is that the proofs show that the accident to the petitioner-respondent grew out of his intoxication, and that his intoxication was the proximate cause of the accident. We have examined the proofs and find there is no fairly debatable question upon this point.

The third point is that the alleged accident to the petitioner-respondent did not arise out of and in the course of the employment. The finding below was that the accident did arise out of and in the course of the employment, and we think that finding is, not only supported by the evidence, but the matter is not fairly debatable.

The fourth and last point is that there was no ground for dismissing the appeal. We think that there was. Such an appeal may properly be dismissed if not prosecuted in accordance with the provisions of the act. This appeal was not so prosecuted, and, we think, was properly dismissed.

The rule to show cause is discharged and the writ denied, with costs.